**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7510

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARNOLD JACKSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, District Judge; Herbert N. Maletz, Senior Judge, sitting by designation. (CR-95-349, CA-98-3128-HNM)

Submitted: February 8, 2000        Decided: February 24, 2000

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arnold Jackson, Appellant Pro Se. Lynne Ann Battaglia, United States Attorney, Baltimore, Maryland; Robert Mason Thomas, Jr., Odessa Palmer Jackson, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arnold Jackson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Consequently, we affirm on the reasoning of the district court. See United States v. Jackson, Nos. CR-95-349; CA-98-3128-HNM (D. Md. Oct. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED